The People of the State of New York, Respondent, v Anthony Verdile, Appellant. [891 NYS2d 282]

Upon this Court's independent review of the record, we conclude that nonfrivolous issues exist, including, but not limited to, whether the defendant's plea allocution was sufficient (*see People v Lopez*, 71 NY2d 662 [1988]). Accordingly, assignment of new counsel is warranted (*see People v Stokes*, 95 NY2d 633, 638 [2001]). Rivera, J.P., Miller, Leventhal and Chambers, JJ., concur.